## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Clarence Avery a/k/a Clarence Avery III                    CHAPTER 13
                    Debtor(s)

                                                        BKY. NO. 23-21203 GLT

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ Brian C. Nicholas
                        Brian Nicholas
                        07 Jun 2023, 09:45:10, EDT

                        Brian C. Nicholas, Esq. (317240) ☑
                        Denise Carlon, Esq. (317226)    ☐
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com