# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Clarence Avery**

Debtor(s)

Case No. **23-21203**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Clarence Avery**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 4, 2023**

Signature **/s/ Clarence Avery**
**Clarence Avery**
Debtor

**Matthews International Corporation**
Two Northshore Center
Pittsburgh, PA 15212-5851

**Earnings Statement**

Check Date: June 09, 2023
Period Beginning: May 20, 2023
Period Ending: June 02, 2023

**Clarence lorenzo Avery III**   Employee Number   922235

| | |
|---|---|
| GL Acct | 611030 |
| Profit Ctr | 400000 |
| Cost Ctr | 4000007 |
| Location | 3007 |
| LineOfBus | 1306 |

Voucher Number: 28971
Net Pay: 1,308.99

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| HOL | 18.50 | 8.00 | 148.00 | 40.00 | 740.00 |
| OT | 27.75 | 3.20 | 88.80 | 59.90 | 1662.23 |
| REG | 18.50 | 71.50 | 1322.75 | 889.50 | 16455.75 |
| GTL | 0.00 | | 1.55 | | 18.60 |
| DC | 0.00 | | 70.58 | | 884.74 |
| ETO | | | | 24.00 | 444.00 |
| PH | | | | 8.00 | 148.00 |
| BON | | | | | 500.00 |
| **Total Gross Pay** | | 82.70 | 1631.68 | 1021.40 | 20853.32 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1631.68 | 23.66 | 302.37 |
| OASDI | | 1631.68 | 101.17 | 1292.91 |
| PA SUI - EE | | 1630.13 | 1.14 | 14.58 |
| Pittsburgh City | | 1630.13 | 48.90 | 625.02 |
| Pittsburgh C.(Allegh | | 1630.13 | 2.00 | 24.00 |
| Pennsylvania SITW | | 1630.13 | 50.04 | 639.61 |
| Federal Income Tax | S | 1599.08 | 61.63 | 889.23 |
| **Total Tax Withholding** | | | 288.54 | 3787.72 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Group Term Life Offset | 1.55 | 18.60 |
| 401(k) | 32.60 | 416.70 |
| **Total Deductions** | 34.15 | 435.30 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx6150 | xxxxxx3848 | 1308.99 |
| **Total Direct Deposits** | | 1308.99 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|
| ETO Available Balance | 26.00 | | 120.00 | 0.00 |
| 401k Match | | 32.60 | | 416.70 |

**Accruals**                                                      Dollars

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Matthews International Corporation**
Two Northshore Center
Pittsburgh, PA 15212-5851

**Direct Deposit Advice**
**Check Date**               **Voucher Number**
June 09, 2023                          28971

### ***This is not a check***

03268 611030-400000-4000007-3007-1306 922235 28971 1384
**Clarence lorenzo Avery III**
1245 island avenue
pittsburgh, PA 15212

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.