## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> CLARENCE AVERY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:23-21203 GLT <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/02/2023 and confirmed on 09/12/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,814.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,814.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,181.20 | |
|   Trustee Fee | 168.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,350.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 1,458.96 | 0.00 | 1,458.96 |
|     Acct: 9194 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 27,707.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 9194 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 4,879.03 | 0.00 | 0.00 | 0.00 |
|     Acct: P102 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 379.78 | 0.00 | 0.00 | 0.00 |
|     Acct: P102 | | | | |
| | | | | 1,458.96 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLARENCE AVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLARENCE AVERY | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 4,000.00 | 1,181.20 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1203 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0094 | | | | |
| CONVERGENT OUTSOURCING INCORP+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9083 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0526 | | | | |
| MACYS RETAIL HOLDINGS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6860 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7500 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,463.47 | 0.00 | 0.00 | 0.00 |
| Acct: 5514 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 411.43 | 0.00 | 0.00 | 0.00 |
| Acct: 2934 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 1,463.96 |
| TOTAL CLAIMED | | |
| PRIORITY | 5.00 | |
| SECURED | 32,966.10 | |
| UNSECURED | 1,874.90 | |

Date: 09/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com